MICHAEL P. HEALY, #4777-0
1188 Bishop Street, Suite 3304
Honolulu, HI 96813
Telephone: (808) 525-8584
Facsimile: (808) 376-8695
E-Mail: honolululawyer@outlook.com

CHARLES H. BROWER, #1980-0
900 Fort Street, Suite 1210
Honolulu, HI 96813
Telephone: (808) 526-2688
Facsimile: (808) 526-0307
E-Mail: honolululaw808@gmail.com

Attorneys for Plaintiff
Alina Azios

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALINA AZIOS, | CIVIL NO. _____ |
| Plaintiff, | COMPLAINT; JURY DEMAND; SUMMONS |
| vs. | |
| KT PROTECTION SERVICES, LLC, | |
| Defendant. | |

## COMPLAINT

COMES NOW, Plaintiff ALINA AZIOS, by and through her attorneys Charles H. Brower and Michael P. Healy, and for causes of action against Defendant, alleges and avers as follows:

## STATUS OF THE PARTIES

1. Plaintiff ALINA AZIOS (hereinafter "AZIOS") is and was at all times mentioned herein a resident of Honolulu, Hawaii.

2. Defendant KT PROTECTION SERVICES, LLC, (hereinafter "KT") is and was at all times mentioned herein is a domestic limited liability company incorporated in the State of Hawaii.

## NATURE OF THE CASE

3. Plaintiff AZIOS was hired by Defendant KT in June 2019, as an Administration Assistant.

4. Plaintiff AZIOS was denied reasonable accommodation for injuries suffered on October 16, 2019, and was subsequently disciplined and terminated from employment with Defendant KT on October 25, 2019, due to her disability, and in retaliation for complaining about discrimination.

5. Plaintiff AZIOS was also terminated from employment with Defendant KT for whistleblowing about discrimination.

2

6. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC) based upon disability discrimination and retaliation, which was assigned case number 37B-2020-00075.

## JURISDICTION

7. The jurisdiction of this Court is pursuant to The Americans With Disability Act of 1990, as amended by the ADA Amendments Act of 2008.

8. The administrative prerequisites for filing this cause of action have been fulfilled. A Dismissal and Notice of Rights was issued by the EEOC on June 14, 2021.

## STATEMENT OF FACTS

9. Plaintiff AZIOS was hired by Defendant KT in June 2019, as an Administration Assistant.

10. Plaintiff Azios suffered a serious head injury, low back and leg injuries on October 16, 2020, at a work function.

11. Plaintiff AZIOS suffered limitations of major life activities of thinking, concentrating, standing, walking, and working.

10. Plaintiff AZIOS was denied reasonable accommodation for the physical injuries disabilities at work about which she complained on October 24, 2020. Plaintiff also complained that Defendant KT had not filed a workers' compensation claim as required by law.

3

11. On October 25, 2020, Defendant KT terminated Plaintiff AZIOS.

12. On the same day, October 25, 2020, Defendant KT complied with the law finally, and filed a workers' compensation claim for Plaintiff AZIOS.

17. Prior to Plaintiff's injury, while employed with Defendant, Plaintiff's attendance and work performance were good and Plaintiff was able to perform the essential job functions of his position.

18. If not for Plaintiff's injuries, workers' compensation claim, and disability, Plaintiff would not have been terminated on October 25, 2020.

19. The actions of Defendant and its employees as described above are oppressive, outrageous, and otherwise characterized by aggravating circumstances sufficient to justify the imposition of punitive damages.

## STATEMENT OF CLAIMS

## COUNT I - DISABILITY DISCRIMINATION

20. Plaintiff repeats and realleges all prior allegations as if fully set forth herein.

21. The Americans With Disabilities Act of 1990, as amended, prohibits discrimination due to a disability, and that an employer must provide a reasonable accommodation to a person with a disability, including medical leave.

22. The aforesaid acts and/or conduct of Defendants constitute discrimination as they were acts and/or failure to act by Defendants and its employees in direct violation of the Americans With Disabilities Act of 1990, as amended.

23. Plaintiff has suffered, as a direct and proximate result of the aforesaid conduct, damages by way of loss of earnings and earning capacity, loss of fringe and pension benefits, and other benefits due her.

24. As a further direct and proximate result of said unlawful conduct, Plaintiff has suffered the indignity of harassment, the invasion of her right to be free from unlawful employment practices, and great humiliation, which is manifest in emotional distress.

25. As a further direct and proximate result of said unlawful employment practices, Plaintiff has suffered mental anguish, outrage, depression, severe anxiety about her future and her ability to support herself, harm to her employability and earning capacity as well as loss of a career advancement opportunity, painful embarrassment among her friends and co-workers, disruption of her personal life, and loss of enjoyment of the ordinary pleasures of everyday life for which she is entitled to an award of general damages.

## COUNT II

## WHISTLEBLOWER'S PROTECTION ACT

26. Plaintiff repeats and realleges all prior allegations as if fully set forth herein.

27. The termination alleged was in violation of H.R.S. § 378-62 due to Plaintiff's report of a violations of laws for which an award of damages to be proven at trial.

28. The actions of Defendant and its employees as described above are oppressive, outrageous, and otherwise characterized by aggravating circumstances sufficient to justify the imposition of punitive damages.

WHEREFORE, upon a hearing hereof Plaintiff AZIOS prays that judgment be entered on all Counts:

- A. For reinstatement to Plaintiff AZIOS' position with Defendant KT, including all benefits; and
- B. For all damages to which Plaintiff AZIOS is entitled, including general damages and other damages to be proven at trial; and
- C. For special damages, including back pay, front pay and other expenses; and
- D. For punitive damages; and

6

E.  For attorney's fees, costs, and interest, including prejudgment interest; and

F.  For such other and further relief as is appropriate.

The total amount of damages prayed for exceeds the minimum jurisdictional limits of this Court.

DATED: Honolulu, Hawaii, September 10, 2021.

/s/ Charles H. Brower
CHARLES H. BROWER
MICHAEL P. HEALY
Attorneys for Plaintiff
Alina Azios